IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| KELLY A. TILLEY, as Personal Representative of the Estate of DANA ANDREW TILLEY, Deceased, : : : : | Civil Action No. _____ |
| Plaintiff, : | |
| vs. : | |
| PFIZER INC., PARKE-DAVIS, a division of Warner-Lambert Company and Warner-Lambert Company LLC, WARNER-LAMBERT COMPANY and WARNER-LAMBERT COMPANY LLC, : : : : : : | |
| Defendants. : | |

## NOTICE TO ADVERSE PARTY OF FILING OF NOTICE OF REMOVAL

To:  Andrew Finkelstein, Esq.  
     FINKELSTEIN & PARTNERS, LLP  
     436 Robinson Avenue  
     Newburgh, New York 12550

L. Vincent Ramunno, Esq.  
RAMMUNO, RAMMUNO & SCERBA, P.A.  
903 French Street  
Wilmington, DE 19801

**PLEASE TAKE NOTICE** that a Notice of Removal of this action from the Superior Court of Delaware in and for New Castle County to the United States District Court for the District of Delaware was duly filed in the United States District Court for the District of Delaware on August 17, 2006.

REED SMITH LLP

By: _____  
David E. Wilks (I.D. No. 2793)  
1201 Market Street, Suite 1500  
Wilmington, Delaware 19801  
Telephone: (302) 778-7523  
Facsimile: (302) 778-7575  
E-mail: dwilks@reedsmith.com  
*Attorneys for Defendants*

Dated: August 17, 2006