# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| KELLY A. TILLEY, as Personal Representative of the Estate of DANA ANDREW TILLEY, Deceased, | : : : : Civil Action No. 06-CV-513 |
| Plaintiff, | : : |
| vs. | : : : |
| PFIZER INC., PARKE-DAVIS, a division of Warner-Lambert Company and Warner-Lambert Company LLC, WARNER-LAMBERT COMPANY and WARNER-LAMBERT COMPANY LLC, | : : : : : : |
| Defendants. | : : |

## CORPORATE DISCLOSURE STATEMENT

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, the undersigned certifies that Defendant Pfizer Inc. is a publicly traded company that has no parent corporation and no entity owning 10% or more of its stock. Pfizer Inc. is the sole shareholder of Warner-Lambert Company LLC, which is a Delaware limited liability company and the successor to Warner-Lambert Company. Parke-Davis is an unincorporated division of Warner-Lambert Company LLC.

REED SMITH LLP

/s/ Thad J. Bracegirdle
David E. Wilks (No. 2793)
Thad J. Bracegirdle (No. 3691)
1201 Market Street, Suite 1500
Wilmington, Delaware 19801-1163
(302) 778-7500

Dated: August 18, 2006

*Attorneys for Defendants*