# ReedSmith

**David E. Wilks**
Direct Phone: 302.778.7560
Email: dwilks@reedsmith.com

Reed Smith LLP
1201 Market Street
Suite 1500
Wilmington, DE 19801-1163
302.778.7500
Fax 302.778.7575

September 6, 2006

<u>**Via Electronic Filing and Hand Delivery**</u>

The Honorable Kent A. Jordan
U.S. District Court, District of Delaware
844 North King Street, Room 4209
Lock Box 18
Wilmington, DE 19801

    Re: <u>**Tilley v. Pfizer, et al., Civil Action No. 06-513-KAJ**</u>

Dear Judge Jordan:

    On August 31, 2006, we filed defendants' motion for stay pending MDL transfer. Plaintiff has now agreed to the relief sought in that motion and the parties have executed the enclosed stipulation and proposed order. In the event that this proposal is acceptable to Your Honor, we would appreciate the Court's entry of the order. In the event that Your Honor has questions or concerns, we are of course prepared to address them at any time.

    Thank you for the Court's consideration.

                  Respectfully submitted,

                  REED SMITH LLP

                  */s/ David E. Wilks*
                  David E. Wilks
                  (Del. ID. No. 2793)

DEW:rs

cc:    District Court Clerk (via Electronic Filing)
       All Counsel (via Electronic Filing)

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| KELLY A. TILLEY, as Personal Representative of the Estate of DANA ANDREW TILLEY, Deceased,<br><br>Plaintiff,<br><br>vs.<br><br>PFIZER INC., PARKE-DAVIS, a division of Warner-Lambert Company and Warner-Lambert Company LLC, WARNER-LAMBERT COMPANY and WARNER-LAMBERT COMPANY LLC,<br><br>Defendants. | Civil Action No.06-00513-KAJ |

**STIPULATION AND (PROPOSED) ORDER
TO STAY PROCEEDINGS PENDING MDL TRANSFER**

Plaintiff, Kelly A. Tilley, as personal representative of the Estate of Dana Andrew Tilley, and Defendants Pfizer Inc. and Warner-Lambert Company LLC, successor to Warner-Lambert Company LLC, on its own behalf and on behalf of its unincorporated division, Parke-Davis (collectively, the "Parties"), by their undersigned counsel, hereby stipulate and agree as follows:

1. The relief sought by Defendants in their Motion to Stay Proceedings Pending MDL Transfer filed on August 31, 2006 is now unopposed and shall therefore be deemed granted; and

2. All pretrial activity in this case, including, but not limited to, any and all motions challenging this Court's jurisdiction or to remand, if any, the deadline set forth in the

Court's letter to counsel dated August 30, 2006 and any other discovery and pretrial deadlines, shall be stayed pending transfer of this case to *In re Neurontin Marketing, Sales Practices and Products Liability Litigation*, MDL Docket No. 1629, for coordinated and consolidated pretrial proceedings.

                                                            Respectfully submitted,

| | |
|---|---|
| /s/ L. Vincent Ramunno | /s/ David E. Wilks |
| L. Vincent Ramunno (Del. Bar I.D. 594) | David E. Wilks (Del. Bar I.D. 2793) |
| RAMUNNO RAMUNNO & SCERBA, P.A. | REED SMITH LLP |
| 903 North French Street | 1201 Market Street, Suite 1500 |
| Wilmington, DE 19801-3399 | Wilmington, DE 19801-1163 |
| Telephone: 302.656.9400 | Telephone: 302.778.7500 |
| Facsimile: 302.656.9344 | Facsimile: 302.778.7575 |
| Attorneys for Plaintiff | Attorneys for Defendants |

Of Counsel:

| | |
|---|---|
| Andrew Finkelstein | Scott W. Sayler |
| Kenneth B. Fromson | Douglas B. Maddock, Jr. |
| Finkelstein & Partners | SHOOK, HARDY & BACON L.L.P. |
| 436 Robinson Avenue | 2555 Grand Blvd. |
| Newburgh, New York 12550 | Kansas City, Missouri 64108-2613 |
| Telephone: 800.529.2676 | Telephone: 816.474.6550 |
| | Facsimile: 816.421.5547 |

IT IS SO ORDERED this _____ day of _____, 2006.

_____
The Honorable Kent A. Jordan

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| KELLY A. TILLEY, as Personal Representative of the Estate of DANA ANDREW TILLEY, Deceased,<br><br>Plaintiff,<br><br>vs.<br><br>PFIZER INC., PARKE-DAVIS, a division of Warner-Lambert Company and Warner-Lambert Company LLC, WARNER-LAMBERT COMPANY and WARNER-LAMBERT COMPANY LLC,<br><br>Defendants. | Civil Action No. 06-CV-513 |

### CERTIFICATE OF SERVICE

I, David E. Wilks, hereby certify that on the 6th day of September, 2006, I caused a true and correct copy of a *Stipulation and (Proposed) Order to Stay Proceedings Pending MDL Transfer* to be served on the counsel for the plaintiff listed below, via electronic CM-ECF:

Andrew Finkelstein, Esq.
FINKELSTEIN & PARTNERS, LLP
436 Robinson Avenue
Newburgh, New York 12550

L. Vincent Ramunno, Esq.
RAMUNNO, RAMUNNO & SCERBA, P.A.
903 French Street
Wilmington, DE 19801

Dated: September 6, 2006

/s/ David E. Wilks
David E. Wilks (DE ID 2793)