IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| KELLY A. TILLEY, as Personal Representative of the Estate of DANA ANDREW TILLEY, Deceased,<br><br>  Plaintiff,<br><br>vs.<br><br>PFIZER INC., PARKE-DAVIS, a division of Warner-Lambert Company and Warner-Lambert Company LLC, WARNER-LAMBERT COMPANY and WARNER-LAMBERT COMPANY LLC,<br><br>  Defendants. | :<br>:<br>:<br>:<br>:<br>:<br>:<br>:  Civil Action No.06-00513-KAJ<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>: |

**STIPULATION AND (PROPOSED) ORDER
TO STAY PROCEEDINGS PENDING MDL TRANSFER**

Plaintiff, Kelly A. Tilley, as personal representative of the Estate of Dana Andrew Tilley, and Defendants Pfizer Inc. and Warner-Lambert Company LLC, successor to Warner-Lambert Company LLC, on its own behalf and on behalf of its unincorporated division, Parke-Davis (collectively, the "Parties"), by their undersigned counsel, hereby stipulate and agree as follows:

1. The relief sought by Defendants in their Motion to Stay Proceedings Pending MDL Transfer filed on August 31, 2006 is now unopposed and shall therefore be deemed granted; and

2. All pretrial activity in this case, including, but not limited to, any and all motions challenging this Court's jurisdiction or to remand, if any, the deadline set forth in the

Court's letter to counsel dated August 30, 2006 and any other discovery and pretrial deadlines, shall be stayed pending transfer of this case to *In re Neurontin Marketing, Sales Practices and Products Liability Litigation*, MDL Docket No. 1629, for coordinated and consolidated pretrial proceedings.

                        Respectfully submitted,

| | |
|---|---|
| /s/ L. Vincent Ramunno | /s/ David E. Wilks |
| L. Vincent Ramunno (Del. Bar I.D. 594) | David E. Wilks (Del. Bar I.D. 2793) |
| RAMUNNO RAMUNNO & SCERBA, P.A. | REED SMITH LLP |
| 903 North French Street | 1201 Market Street, Suite 1500 |
| Wilmington, DE 19801-3399 | Wilmington, DE 19801-1163 |
| Telephone: 302.656.9400 | Telephone: 302.778.7500 |
| Facsimile: 302.656.9344 | Facsimile: 302.778.7575 |
| Attorneys for Plaintiff | Attorneys for Defendants |

Of Counsel:

Andrew Finkelstein
Kenneth B. Fromson
Finkelstein & Partners
436 Robinson Avenue
Newburgh, New York 12550
Telephone: 800.529.2676

Of Counsel:

Scott W. Sayler
Douglas B. Maddock, Jr.
SHOOK, HARDY & BACON L.L.P.
2555 Grand Blvd.
Kansas City, Missouri 64108-2613
Telephone: 816.474.6550
Facsimile: 816.421.5547

IT IS SO ORDERED this 13th day of Sept., 2006.

_____
The Honorable Kent A. Jordan