OFFICE OF THE CLERK
**UNITED STATES DISTRICT COURT**
DISTRICT OF DELAWARE

Peter T. Dalleo CLERK

LOCKBOX 18 844 KING STREET U.S.
COURTHOUSE WILMINGTON,
DELAWARE 19801 (302) 573-6170

October 3, 2006

Sarah Thornton, Clerk
Clerk's Office - Attn: Sherry Jones
U.S. Courthouse
595 Main Street
Worcester, MA 01608

   RE: MDL-1629 - In re Neurontin Marketing, Sales Practices and Products Liability Litigation
     USDC/DE Civil Action No.: 06-513 KAJ
     Kelly A. Tilley v. Pfizer, Inc., et al.

Dear Clerk:

  Pursuant to the Order dated 9/8/06 signed by the Clerk, Judicial Panel on MultiDistrict Litigation, transferring the above captioned case to your Court, enclosed please find the following items:

  ( X ) Certified copy of the docket sheet;
  ( X ) Copy of the MDL Order of Transfer;
  (   ) Original case file documents (if applicable);

  Please note that the electronic case filings can be accessed through PACER by selecting the CM/ECF link on our web site at www.ded.uscourts.gov.

  Please acknowledge receipt of the above items on the attached copy of this letter.

        Sincerely,

        Peter T. Dalleo, Clerk of Court

      By: *Bob Cruikshank*
        Deputy Clerk

Enc.

I hereby acknowledge receipt of the above listed items on _____.

_____
**Signature**