Case 1:06-cv-00513-KAJ   Document 15   Filed 10/04/2006   Page 1 of 1



**UNITED STATES DISTRICT COURT**
DISTRICT OF MASSACHUSETTS
OFFICE OF THE CLERK
1 COURTHOUSE WAY
BOSTON, MASSACHUSETTS 02210

**Sarah Allison Thornton**
CLERK OF COURT

October 2, 2006

Mr. Peter T. Dalleo
Clerk
United States District Court
4209 J. Caleb Boggs Federal Building
844 North King Street
Wilmington, DE 19801-3519

     IN RE: MDL DOCKET No. 1629   In Re: Neurontin Marketing and Sales Practices
        USDC - Massachusetts Lead Case No. 1:04-cv-10981-PBS
        Your case: Civil Action No.1:06-cv-00513-KAJ
        District of MA. No. 1:06-cv-11773-PBS

Dear Mr. Dalleo:

    Enclosed is a certified copy of the Order of the Judicial Panel on Multi-District Litigation, transferring the cases on the attached listing to the U.S. District Court for the District of Massachusetts for coordinated or consolidated pretrial proceedings pursuant to Title 28 United States Code Section 1407. These cases have been assigned to the Honorable Patti B. Saris.

    In accordance with the Rules concerning Multi-District Litigation, please email the electronic case file to Sherry_Jones@mad.uscourts.gov or send a disc containing all documents filed to **Clerk's Office, 595 Main St., Suite 502, Worcester, MA 01608, Attn: Sherry Jones**. In addition, please send a certified copy of the docket entries and a copy of the transfer order for the case now pending in your district as indicated above. Also include a copy of this letter when transmitting your records.

    Your prompt attention to this matter is greatly appreciated. If you should have any questions, please do not hesitate to contact the undersigned at 508-929-9901, Robert Alba, Courtroom Clerk for Judge Saris at 617-748-9175 or Christine Patch, Docket Clerk for Judge Saris, at 617-748-9178.

                            Sincerely,
                            Sherry Jones
                            Deputy Clerk

Information Copy to:  Jeffrey N. Luthi, Clerk of the Panel
                        Counsel of Record
                        Robert Alba
                        Christine Patch

*FILED OCT 0 4 2006 — U.S. DISTRICT COURT DISTRICT OF DELAWARE* (06cv513KAJ)

Case 1:06-cv-00513-KAJ   Document 15-2   Filed 10/04/2006   Page 1 of 1

Case 1:06-cv-11773-PBS   Document 13-1   Filed 09/29/2006   Page 1 of 1

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

IN RE NEURONTIN

Civil Action No. 04-10981-PBS
MDL No. 1629

ORDER OF CONSOLIDATION

July 20, 2005

SOROKIN, M.J.

In order to facilitate the orderly management of the Neurontin related litigation the Court enters the following Order.

1. All cases presently pending in this Court that were transferred by the MDL to this Court under MDL Docket Number 1629 are hereby consolidated into In Re Neurontin, C.A. No. 04-10981-PBS.

2. All cases transferred to this Court in the future under MDL Docket Number 1629 are to be consolidated into In Re Neurontin, C.A. No. 04-10981-PBS without further order of this Court.

3. Each case consolidated into In Re Neurontin is thereafter STAYED, with the exception of the automatic discovery contemplated by the Federal Rules of Civil Procedure. The parties shall complete this individual automatic discovery within three months of date the ORDER is docketed in the individual case.

4. All discovery and motion practice will take place only in In Re Neurontin C.A. No. 04-10981 as set forth in the Case Management Orders. The Court contemplates that this discovery and motion practice will pertain to the common matters as the individual cases are stayed. Parties must seek leave of court, with a filing in C.A. No. 04-10981, before proceeding in the individual cases.

5. At the conclusion of the consolidated proceedings in In Re Neurontin, C.A. No. 04-10981 counsel for the parties in each individual case must prepare, in paper or electronic format, depending upon the requirements of the transferor court, the applicable record of the proceedings in the case and provide that record to the Clerk's Office for transmission to the transferor court.

6. The Clerk's Office shall docket this Order in each and every case consolidated now or in the future with In Re Neurontin C.A. No. 04-10981-PBS.



06cv513kaj
FILED
OCT 04 2006
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

/s/ Leo T. Sorokin
LEO T. SOROKIN
UNITED STATES MAGISTRATE JUDGE

# UNITED STATES OF AMERICA
## JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

| | | | |
|---|---|---|---|
| **CHAIRMAN:**<br>Judge Wm. Terrell Hodges<br>United States District Court<br>Middle District of Florida | **MEMBERS:**<br>Judge D. Lowell Jensen<br>United States District Court<br>Northern District of California<br><br>Judge J. Frederick Motz<br>United States District Court<br>District of Maryland<br><br>Judge Robert L. Miller, Jr.<br>United States District Court<br>Northern District of Indiana | Judge Kathryn H. Vratil<br>United States District Court<br>District of Kansas<br><br>Judge David R. Hansen<br>United States Court of Appeals<br>Eighth Circuit<br><br>Judge Anthony J. Scirica<br>United States Court of Appeals<br>Third Circuit | **DIRECT REPLY TO:**<br>Jeffery N. Lüthi<br>Clerk of the Panel<br>One Columbus Circle, NE<br>Thurgood Marshall Federal<br>Judiciary Building<br>Room G-255, North Lobby<br>Washington, D.C. 20002<br><br>Telephone: [202] 502-2800<br>Fax:          [202] 502-2888<br>http://www.jpml.uscourts.gov |

DOCKETED September 26, 2006

06-11773

Sarah Thornton, Clerk
Clerk's Office - Attn: Sherry Jones
U.S. Courthouse
595 Main Street
Worcester, MA 01608

Re: MDL-1629 -- In re Neurontin Marketing, Sales Practices and Products Liability Litigation

(See Attached CTO-29)

Dear Ms. Thornton:

I am enclosing a certified copy and one additional copy of a conditional transfer order filed by the Panel in the above-captioned matter on September 8, 2006. As stipulated in Rule 7.4(a) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), transmittal of the order has been stayed 15 days to give any party an opportunity to oppose the transfer. The 15-day period has now elapsed, no opposition was received, and the order is directed to you for filing.

The Panel's governing statute, 28 U.S.C. §1407, requires that the transferee clerk "...transmit a certified copy of the Panel's order to transfer to the clerk of the district court from which the action is being transferred."

A list of involved counsel is attached.

06cv513 KAJ
FILED
OCT 0 4 2006
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

Very truly,

Jeffery N. Lüthi
Clerk of the Panel

By /s/ Dana L. Stewart
Deputy Clerk

Attachment

cc: Transferee Judge:    Judge Patti B. Saris
    Transferor Judges:   Judge Janis Graham Jack; Judge Kent A. Jordan; Judge Patrick J. Schiltz
    Transferor Clerks:   Michael N. Milby; Peter T. Dalleo; Richard Sletten

JPML Form 36

A CERTIFIED TRUE COPY

SEP 2 6 2006

ATTEST
FOR THE JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

FILED
OCT 0 4 2006
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

SEP -8 2006

FILED
CLERK'S OFFICE

*BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION*

*IN RE NEURONTIN MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION*

*Kelly A. Tilley, etc. v. Pfizer Inc., et al.*, D. Delaware, C.A. No. 1:06-513 ✓
*Amanda Marie Diana v. Pfizer Inc., et al.*, D. Minnesota, C.A. No. 0:06-3332
*Jose Garcia v. Pfizer Inc., et al.*, S.D. Texas, C.A. No. 2:06-348

### *CONDITIONAL TRANSFER ORDER (CTO-29)*

On October 26, 2004, the Panel transferred 23 civil actions to the United States District Court for the District of Massachusetts for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. *See* 342 F.Supp.2d 1350 (J.P.M.L. 2004). Since that time, 164 additional actions have been transferred to the District of Massachusetts. With the consent of that court, all such actions have been assigned to the Honorable Patti B. Saris.

It appears that the actions on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the District of Massachusetts and assigned to Judge Saris.

Pursuant to Rule 7.4 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), these actions are transferred under 28 U.S.C. § 1407 to the District of Massachusetts for the reasons stated in the order of October 26, 2004, and, with the consent of that court, assigned to the Honorable Patti B. Saris.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the District of Massachusetts. The transmittal of this order to said Clerk shall be stayed 15 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 15-day period, the stay will be continued until further order of the Panel.

Inasmuch as no objection is
pending at this time, the
stay is lifted.

SEP 2 6 2006

CLERK'S OFFICE
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

FOR THE PANEL:

Jeffery N. Lüthi
Clerk

I hereby certify on 10/2/06 that the foregoing document is true and correct copy of the
☐ electronic docket in the captioned case
☐ electronically filed original filed on _____
☑ original filed in my office on 9/29/06

Sarah A. Thornton
Clerk, U.S. District Court
District of Massachusetts

By: Kathleen Hassett
Deputy Clerk

INVOLVED COUNSEL LIST (CTO-29)
DOCKET NO. 1629
IN RE NEURONTIN MARKETING, SALES PRACTICES AND PRODUCTS
LIABILITY LITIGATION

Kenneth J. Ferguson
Clark, Thomas & Winters
P.O. Box 1148
Austin, TX 78767-1148

Ricardo A. Garcia
Garcia & Karam, L.L.P.
820 S. Main Street
McAllen, TX 78501

Gale Diane Pearson
Pearson, Randall & Schumacher, PA
400 South 4th Street
Suite 1012
Minneapolis, MN 55415

Joseph M. Price
Faegre & Benson, LLP
2200 Wells Fargo Center
90 South Seventh Street
Minneapolis, MN 55402-3901

L. Vincent Ramunno
Ramunno, Ramunno & Scerba, P.A.
903 North French Street
Wilmington, DE 19801

James P. Rouhandeh
Davis, Polk & Wardwell
450 Lexington Avenue
New York, NY 10017

Thomas M. Sobol
Hagens Berman Sobol Shapiro, LLP
One Main Street
4th Floor
Cambridge, MA 02142

David E. Wilks
Reed Smith LLP
1201 Market Street
Suite 1500
Wilmington, DE 19801